IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY LAMONT BLEVINS            PLAINTIFF

v.            Civil No. 6:08-cv-06036

LARRY SANDERS, Sheriff, Garland
County, Arkansas; and CAPTAIN
MEL STEED, JAIL ADMINISTRATOR,
Garland County Detention Facility            DEFENDANTS

## **JUDGMENT**

On March 9, 2009, an order was entered continuing the bench trial scheduled for March 24, 2009 (Doc. 26). The writ of habeas corpus ad testificandum issued for Plaintiff was cancelled. An order was also entered (Doc. 27) directing the Plaintiff to complete, sign, and return an attached response to the Defendants' summary judgment motion. Plaintiff was directed to file his response by April 6, 2009.

On March 24, 2009, all mail sent to the Plaintiff on March 9, 2009, was returned as undeliverable with a notation that Plaintiff was no longer at the Varner Unit of the Arkansas Department of Correction. A search of the website maintained by the Arkansas Department of Correction indicates no records under Plaintiff's name or prisoner number. It appears Plaintiff has been released from the Arkansas Department of Correction.

Plaintiff has not provided the court with his new address or otherwise communicated with the court. This case is hereby dismissed based on Plaintiff's failure to prosecute this action and his failure to keep the court and opposing counsel informed of his current address. Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED this 15th day of April 2009.

                                                     /s/ Barry A. Bryant
                                                     BARRY A. BRYANT
                                                     UNITED STATES MAGISTRATE JUDGE